UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Michael Kanter, <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 13-14193 <br><br> Chapter: 7 <br> Honorable Carol A. Doyle |

## ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE

This matter coming to be heard on Debtor's Motion to Reopen Chapter 7 Bankruptcy Case pursuant to 11 U.S.C. § 350, with sufficient notice having been given, the Court having jurisdiction over the parties and the subject matter of the motion, and the Court being fully advised in the premises:

IT IS ORDERED:

1. The Motion is granted.

2. This case is reopened.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: December 11, 2019

**Prepared by:**

Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave., Ste. 200
Des Plaines, IL 60018
p.773-570-0054 f. 773-570-5449